UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHARLES CHANDLER | CIVIL DOCKET NO. 6:23-CV-0677 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| TIM HOOPER | MAGISTRATE JUDGE CAROL B. WHITEHURST |

**JUDGMENT**

In consideration of the Court's MEMORANDUM RULING [Doc. 18];

IT IS HEREBY ORDERED that the State's OBJECTIONS [Doc. 16] to the Magistrate Judge's REPORT AND RECOMMENDATIONS [Doc. 15] are SUSTAINED.

IT IS FURTHER ORDERED that Chandler's PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 20th day of December 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE